IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARRETT DANIEL EKMAN, | NO. C 06-945 JW   PR |
| Plaintiff(s), | **ORDER OF DISMISSAL** |
| v. | |
| UNITED STATES GOVERNMENT, | |
| Defendant(s). | |

Plaintiff initiated this suit in February of 2006. Prior to any further proceedings in the case, Plaintiff filed a notice of dismissal on June 19, 2006. Pursuant to the notice of dismissal, the case is ordered DISMISSED. Plaintiff's request for a refund of the $250 filing fee is DENIED.

Dated: August 14, 2006

JAMES WARE
United States District Judge

Order of Dismissal
N:\JW Cases\06\06-945jw.dis.wpd

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Garrett Daniel Ekman J-74094
California State Prison
Post Office Box 3461
4001 King Ave.
3A04-239
Corcoran, Ca 93212

**Dated: August 14, 2006**                             **Richard W. Wieking, Clerk**

**By:** _____
**Courtroom Deputy**

Order of Dismissal
N:\JW Cases\06\06-945jw.dis.wpd