**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10  SAN JOSE DIVISION
11  GARRETT DANIEL EKMAN,           NO. C 06-945 JW   PR
12          Plaintiff(s),            **JUDGMENT**
     v.
13
   UNITED STATES GOVERNMENT,
14
          Defendant(s).
15                                         /
16       Pursuant to Plaintiff's notice of voluntary dismissal, the Court issued an Order of Dismissal.
17  Judgment is entered accordingly.
18  Dated: August 11, 2006
                                           _____
19                                         JAMES WARE
                                           United States District Judge
20
21
22
23
24
25
26
27
28  Judgment
    N:\JW Cases\06\06-945jw.jud.wpd

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

3  Garrett Daniel Ekman J74094
   California State Prison
4  Post Office Box 3461
   4001 King Ave.
5  3A04-239
   Corcoran, Ca 93212

8  **Dated: August 14, 2006**                    **Richard W. Wieking, Clerk**

9                                                 By: _____
                                                   **Courtroom Deputy**

28  Judgment
    N:\JW Cases\06\06-945jw.jud.wpd